```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 30109
    SIGRID H JONES
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4026


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/02/2005 and was confirmed 09/28/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  70.00%.

     The case was dismissed after confirmation 09/03/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT        INTEREST        PRINCIPAL
                                                                 PAID             PAID
--------------------------------------------------------------------------------
DISCOVER FINANCIAL SERVI   UNSECURED         8107.90              .00          2870.47
ECAST SETTLEMENT CORP      UNSECURED        11454.62              .00          4055.31
ECAST SETTLEMENT CORP      UNSECURED        15585.96              .00          5517.91
CARSON PIRIE SCOTT         UNSECURED        NOT FILED             .00              .00
ECAST SETTLEMENT CORP      UNSECURED         6911.24              .00          2446.80
RESURGENT ACQUISITION LL   UNSECURED        11288.38              .00          3996.47
HERITAGE BANK              CURRENT MORTG        .00               .00              .00
WASHINGTON MUTUAL          CURRENT MORTG        .00               .00              .00
JOHN C DENT                DEBTOR ATTY      1,600.00                           1,600.00
TOM VAUGHN                 TRUSTEE                                             1,303.80
DEBTOR REFUND              REFUND                                                  .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE               21,790.76

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                      18,886.96
ADMINISTRATIVE                                  1,600.00
TRUSTEE COMPENSATION                            1,303.80
DEBTOR REFUND                                        .00
                     ---------------        ---------------
TOTALS                21,790.76                21,790.76




              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 30109 SIGRID H JONES
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/22/08 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |